[No. 11497-0-III.  Division Three.  April 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GUSTAVO
DELAROSA-FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Che-
lan County, No. 89-1-00384-9, John E. Bridges, J., entered

March 22, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.